UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CYRUS HAMILTON SLOAN, SR., Owner of the M/V Dress Blue, a 2016 or 2017 48 +/- Sabre Salon Express, HIN #HWS4808F617, NC Registration #1387 EK Official #1271682, her engines, tackle, apparel, appurtenances, etc., <br><br> Plaintiff, | **JUDGMENT** <br><br> 4:22-CV-51-BO |

**Decision by Court.**
This matter is before the Court on the Limitation Plaintiff's Motion to Lift Stay, for Exoneration, and to Release of Limitation Plaintiffs Surety (DE 28). One claim was filed in this action, that of Lydia McCarthy (DE 8), and Judgment of Default was entered against Non-Appearing Parties and Non-Asserted Claims (DE 21). Lydia McCarthy dismissed her claim with prejudice (DE 27).

**IT IS ORDERED, ADJUDGED AND DECREED** that the stay of this matter shall be lifted, that Limitation Plaintiff is EXONERATED of liability with respect to the voyage of May 5, 2021 which is the subject of this action, that Limitation Plaintiff's Surety is released from its obligations under the *Ad Interim* Stipulation and Letter of Undertaking, the *Ad Interim* Stipulation and Letter of Undertaking are deemed null and void.

This case is closed.

**This judgment filed and entered on February 28, 2024, and served on:**
Jason Harris (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

February 28, 2024

  /s/ Lindsay Stouch
By: Deputy Clerk